UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIKODI CHIMA,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>        Defendants. | Case No. 25-cv-10294-TSH<br><br>**ORDER DIRECTING SERVICE**<br><br>Re: Dkt. No. 6 |

On December 2, 2025, the Court granted Plaintiff Chikodi Chima's application to proceed in forma pauperis and screened the initial complaint, finding it deficient under 28 U.S.C. § 1915(e). ECF No. 4. Plaintiff has now filed a first amended complaint. ECF No. 6. The Court has engaged in a preliminary screening to ensure it states a claim, is not frivolous, and does not seek monetary relief against a defendant who is immune from such relief. *See* 28 U.S.C. § 1915(e)(2). Accordingly, the Clerk of Court shall issue the summons, and the Clerk's Office or the U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint, any amendments or attachments, the affidavit, and the Court's orders upon Defendants.

Also attached is a letter providing guidance to additional resources the Court provides pro se litigants.

**IT IS SO ORDERED.**

Dated: December 12, 2025

*/s/ Thomas S. Hixson*
THOMAS S. HIXSON
United States Magistrate Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

MARK BUSBY
CLERK OF COURT

GENERAL COURT NUMBER
415-522-2000

To:    Pro Se Litigant
Re:    Representing Yourself Before This Court

Dear Pro Se Litigant:

If you are representing yourself in federal court without representation by an attorney, that is called proceeding "pro se." The Court has free resources to help you find your way through the court system and procedures. You may wish to seek assistance from the Federal Pro Bono Project, a free service of the Volunteer Legal Services Program. You may request an appointment by emailing fedpro@sfbar.org or calling 415-782-8982. At the Legal Help Center, you will be able to speak with an attorney who may be able to provide basic legal help but not representation. More information is available at http://cand.uscourts.gov/helpcentersf.

There are also online resources available on the court's webpage. The Pro Se Handbook, found at http://www.cand.uscourts.gov/prosehandbook, has a downloadable version of the court's own publication: *Representing Yourself in Federal Court: A Handbook for Pro Se Litigants*. Pay special attention to the **Civil Litigation Packets** tab on the left, which provides useful fillable forms. The Pro Se Handbook website also has a link to the Court's Electronic Case Filing (ECF) website.

    Mark Busby,
    Clerk, United States District Court